In re:  Case No. 20-07376-EPB
PENNELLA E JOHNSON  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3
Date Rcvd: Jan 14, 2022      Form ID: pdf001      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | PENNELLA E JOHNSON, 6617 NORTH 52ND AVE, GLENDALE, AZ 85301-4052 |
| 16117224 | + | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita KS 67205-9370 |
| 16117225 | + | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay UT 84117-1374 |
| 16117229 | + | Camelback Finance Inc/Cactua Jacks, Attn: Bankruptcy, 2440 W Camelback Rd, Phoenix AZ 85015-3419 |
| 16117230 | + | Capital Bank N.A., One Church Street, Suite 100, Rockville MD 20850-4190 |
| 16117234 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 16117237 | + | Household Finance Corporation, 1421 Kristina Way, Chesapeake VA 23320-8917 |
| 16117238 | + | Iq Data International, Attn: Bankruptcy, Po Box 340, Bothell WA 98041-0340 |
| 16193276 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16117241 | + | Rocky's Auto Credit, POB 6834, Mesa AZ 85216-6834 |
| 16117242 | +++ | SCE (Southern California Edison), 1551 W SAN BERNARDINO RD, COVINA CA 91722-3407 |
| 16117244 | + | Trinity, 1800 Century Park East, Ste 600, Los Angeles CA 90067-1508 |
| 16117246 | + | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 10438, Des Moines IA 50306-0438 |
| 16131110 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2022 22:18:25 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16119796 | + | Email/Text: bankruptcynotices@azdor.gov | Jan 14 2022 22:15:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16200941 | + | Email/Text: bankruptcynotices@aarons.com | Jan 14 2022 22:15:00 | Aaron's, Inc., P.O. Box 100039, Kennesaw, GA 30156-9239 |
| 16117226 | + | Email/Text: bankruptcynotices@azdor.gov | Jan 14 2022 22:15:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 16117227 | + | Email/Text: bankruptcy@autonowfinancial.com | Jan 14 2022 22:15:00 | Auto Now Financial Ser, Attn: Bankruptcy, Po Box 816, Glendale AZ 85311-0816 |
| 16117228 | + | Email/Text: gus@camachoauto.com | Jan 14 2022 22:15:00 | Camacho Auto Sales Inc, 44446 North Sierra Hwy, Lancaster CA 93534-3531 |
| 16117231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2022 22:18:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16117232 | + | Email/Text: bknotice@ercbpo.com | Jan 14 2022 22:15:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 16125761 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 14 2022 22:18:21 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 16117233 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jan 14 2022 22:18:21 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving TX 75016-6008 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 16117236 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 14 2022 22:18:15 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16117237 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 14 2022 22:15:00 | Household Finance Corporation, 1421 Kristina Way, Chesapeake VA 23320-8917 |
| 16117239 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2022 22:15:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16117235 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 14 2022 22:15:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud MN 56395 |
| 16134599 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 22:18:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16117240 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 22:18:25 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold VA 23502 |
| 16143728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 22:18:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16117452 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 14 2022 22:18:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16134596 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2022 22:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 16117243 | + | Email/Text: sanfrancisco.bnc@ssa.gov | Jan 14 2022 22:15:00 | Social Security Admininstration/New York, Office Of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York NY 10278-0004 |
| 16117245 | + | Email/Text: External.Collections@phoenix.edu | Jan 14 2022 22:15:00 | University Of Phoenix, Attn: University of Phoenix Bankruptcy, 4035 Riverpoint Pkwy, Phoenix AZ 85040-0723 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16136564 | *+ | ROCKY'S AUTO CREDIT, PO BOX 6834, Mesa, AZ 85216-6834 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022  Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor PENNELLA E JOHNSON documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

SO ORDERED.

Dated: January 14, 2022

Eddward P. Ballinger Jr., Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re

PENNELLA E. JOHNSON,

Debtor.

CHAPTER 13

CASE NO. 2: 20-07376-EPB

**STIPULATED ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN**

The Modified Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Modified Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1-3    | $450.00 |
| 4-9    | $0.00   |
| 10-10  | $129.00 |
| 11-15  | $567.00 |

- 1 -

In re: Johnson
Case No. 2: 20-07376-EPB

16-60                    $636.00

The payments are due on or before the 20th day of each month commencing July 20, 2020. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2020 - 2023 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500.00. Counsel received $50.00 prior to filing this case and will be paid $4,450.00 by the Chapter 13 Trustee. Tom McAvity shall be allowed additional compensation of $750.00 for the First Modified Plan and will be paid by the Chapter 13 Trustee.

- 2 -

In re: Johnson
Case No. 2: 20-07376-EPB

(2) Claims Secured by Real Property:

   (a) None.

(3) Claims Secured by Personal Property:

   (a) Exeter Finance LLC, secured by a lien in 2017 Kia Forte, shall be paid a secured claim of $14,699.16 with 6% interest. The creditor will receive adequate protection payments of $150 per month. The balance of the debt shall be classified as unsecured.

   (b) Aaron's Inc., secured by a lien in 7 cu ft Chest Freezer, shall be paid a secured claim of $572.93 with 6% interest. The creditor will receive adequate protection payments of $25 per month. The balance of the debt shall be classified as unsecured.

   (c) Aaron's Inc., secured by a lien in Queen Bedroom Set, shall be paid a secured claim of $1,243.82 with 6% interest. The creditor will receive adequate protection payments of $25 per month. The balance of the debt shall be classified as unsecured.

(4) Unsecured Priority Claims:

   (a) Department of Treasury/Internal Revenue Service shall be paid an unsecured priority claim of $3,567.00 with no interest for income taxes.

   (b) Arizona Department of Revenue shall be paid an unsecured priority claim of $547.12 with no interest for income taxes.

(5) Surrendered Property:

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the

- 3 -

In re: Johnson
Case No. 2: 20-07376-EPB

creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

(a) The debtor shall surrender secured property in which Wells Fargo Bank has a secured interest.

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

- 4 -

In re: Johnson
Case No. 2: 20-07376-EPB

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

*/s/ Pennella E. Johnson*
PENNELLA E. JOHNSON, Debtor